UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARRY L. BATISTE, ) | |
| ) | 2:11-CV-01291-PMP-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| COMMISSIONER WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

Having reviewed the Report of Findings and Recommendation of the Honorable Peggy A. Leen, United States Magistrate Judge (Doc. #8) entered March 2, 2012, and having further conducted a *de novo* review of these proceedings, and good cause appearing,

**IT IS ORDERED** that the Recommendation of Magistrate Judge Leen (Doc. 8) is hereby **AFFIRMED**, and that Plaintiff's Complaint (Doc. #6) is hereby dismissed.

DATED: March 15, 2012.

PHILIP M. PRO
United States District Judge